UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR RAMON ORTEGA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )  3:11-cv-00862-HDM-WGC<br>) |
| | )  **ORDER** |
| DELILA, *et al.*, | )<br>) |
| Defendants. | ) |

    Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*. On December 19, 2011, the court issued an order denying plaintiff's application to proceed *in forma pauperis* because plaintiff failed to attach a properly executed financial certificate and a statement of his inmate trust fund account for the six months prior to the filing of his application. (ECF No. 4.) The court allowed plaintiff thirty days to either pay the full filing fee of $350.00 or file a fully completed application to proceed *in forma pauperis*. (*Id*.) Plaintiff submitted a second application to proceed *in forma pauperis* that the court also denied because it suffered from the same defects as his original application. (ECF No. 7.) In its order dismissing the second application, the court expressly cautioned plaintiff that his failure to comply with the court's order could result in

1  dismissal of this action.

2      Plaintiff has submitted a third application to proceed *in forma pauperis*. (ECF No. 9.) This
3  application, like the two prior applications, is incomplete. Accordingly, this entire action is dismissed
4  for failure to comply with the court's order.

5      **IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for the
6  failure of plaintiff to comply with this court's order of February 3, 2012.

7      **IT IS FURTHER ORDERED** that the clerk shall **ENTER JUDGMENT** accordingly and close
8  this case.

    DATED this 16th day of May, 2012.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE

2